UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Romaine R. Tolbert,                                                  Case No. 1:25-cv-107

              Petitioner,

    v.                                                                      ORDER AND
                                       JUDGMENT ENTRY

Anthony Davis, Warden,

              Respondent.


Before me is the August 27, 2025 Report and Recommendation of Magistrate Judge Carmen E. Henderson, recommending I deny *pro se* Petitioner Romaine R. Tolbert's petition for a writ of habeas corpus under 28 U.S.C. § 2254 because his claims were not filed within the statute of limitations.[1]  (Doc. No. 12).

Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court."  28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949 (6th Cir. 1981). The deadline to file objections was September 10, 2025.  The petitioner has not filed any objections and that deadline has passed.

---

[1]  While Tolbert was incarcerated at the Belmont Correctional Institution in St. Clairsville, Ohio at the time he filed his petition, the Ohio Department of Rehabilitation and Correction's website indicates Tolbert currently is incarcerated at the Trumbull Correctional Institution in Leavittsburg, Ohio, where Anthony Davis is the Warden.  *See* https://appgateway.drc.ohio.gov/OffenderSearch/Search/Details/A774911 (last accessed May 18, 2026).  Accordingly, I order the Clerk of Court to substitute Davis as the Respondent in this case. *See* Fed. R. Civ. P. 25(d).

The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813, 815 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also Walters,* 638 F.2d at 950; *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("[O]nly those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

Following my review of the Magistrate Judge's Report and Recommendation, I accept Judge Henderson's recommendation and dismiss Tolbert's petition.  Further, I certify there is no basis on which to issue a certificate of appealability.  28 U.S.C. § 2253; Fed. R. App. P. 22(b).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge